IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
10 JUL 15 PM 3:21
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Angela Alston
Plaintiff

-vs-

U.S Dept of Homeland Security
Defendant(s)

CASE NO. 1:10 CV 1574

JUDGE JUDGE NUGENT
MAG. JUDGE VECCHIARELLI

COMPLAINT

Freedom of Information Act

Keith L. Prewitt Deputy director of appeals denied my appeal for Freedom of Information Act This information I requested is to find out When I reported to secret service a question posed by Jim Axelrod from CBS NEWS to both Presidents so that I can have the dates to look up

in government documents or Archives to find the News footage so that I can get the proof that is required of me about what I reported so that I can get the help I need from The U.S. Secret Service. I am suing because they are witholding information from me that I can use to prove my case also for putting me through all of this emotional strain to get proof and putting me in the hospital since Bill Clinton was running for office back in

the early 1990's. For pain and suffering and I believe for covering it up and not reporting it to the President they could have prevented Sept 11, 2001. I was in contact when bill Clinton was president to the U.S. Secret Service in Grand Rapids, MI. I can't give dates because they will not release my report to me. I am asking the Court that they also take into

consideration that they also are responsible for me having a baby with HIV in 1997. My daughters name is Amber Ranae Alston. I am asking for money damages + possible criminal charges. $1,100,000,000.00

"Pro Se"
Angela Alston
1976 W. 79th St Apt. 308
Cleveland, OH
44102